IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**NEW YORK LIFE INS. CO. and**
**NEW YORK LIFE INS. & ANNUITY CORP.,**

    **Plaintiffs,**

v.                                                                                    No. 13-cv-1158 SMV/WPL

**LAURA JO FLORES; FRANK A. VIGIL, JR.;**
**URSULA VIGIL; and R.E.F.;**

    **Defendants.**

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiffs filed their Complaint against Defendants on December 5, 2014. [Doc. 1]. Pursuant to Fed. R. Civ. P. 4(m), Plaintiffs had 120 days from filing the Complaint, or until April 4, 2014, to effect service of process. There is no indication on the record that service of process has been effected with respect to Defendants Linda Jo Flores or her minor son, R.E.F.

**IT IS THEREFORE ORDERED** that Plaintiffs show good cause why their claims against Defendants Linda Jo Flores and her minor son, R.E.F., should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m). Plaintiffs shall file their response within 21 days of entry of this Order.

**IT IS SO ORDERED.**

                                                  **STEPHAN M. VIDMAR**
                                                  **United States Magistrate Judge**